# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

EVELYN ACOSTA PEREZ, ET AL

    **Plaintiff(s)**

      **v.**                  **CIVIL NUMBER:** 98-2104 (JAG)

JOSE GUILLERMO RODRIGUEZ, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/06/01 | |
| **Title:** Motion Requesting an Extension of Time to Comply with Order dated January 22, 2001 | **GRANTED.** |
| **Docket(s):** 24 | |
| [ ] **Plff(s)**    [x] **Dft(s)**    [ ] **Other** | |

**Date:** February 15, 2001

JAY A. GARCIA GREGORY
U.S. District Judge

