IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN ACOSTA-PEREZ, et al

**Plaintiff(s)**

v.  CIVIL NO. 98-2104 (JAG)

JOSE GUILLERMO RODRIGUEZ, et al

**Defendant(s)**

## PARTIAL JUDGMENT

Upon the Informative Motion and accompanying Sworn Statement of plaintiff Aida Méndez-Dalmau (Docket #28), her claims are dismissed with prejudice.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21st day of August, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge


