IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN ACOSTA PEREZ, et al

**Plaintiff(s)**

v.                    **CIVIL NO.** 98-2104 (JAG)

JOSE GUILLERMO RODRIGUEZ, et al

**Defendant(s)**

---

### ORDER

In view of the parties' representations that this case should be ready for trial by November 1, 2001, a Pretrial and Settlement Conference shall be held on **December 13, 2001 at 4:00 p.m.** Parties are to be available in person or by phone. Jury trial is set for **Monday, January 28, 2002 at 9:30 a.m.** Any dispositive motions must be filed by **October 30th, 2001**, or they will be deemed waived.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 10th day of October, 2001.

JAY A. GARCIA-GREGORY
United States District Judge


(3) CT DEPUTY
Jury clerk

