IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN ACOSTA PEREZ, et al

**Plaintiff(s)**

v.                              CIVIL NO. 98-2104 (JAG)

JOSE GUILLERMO RODRIGUEZ, et al

**Defendant(s)**

---

**ORDER**

The Court has reviewed the Motion Requesting Status Conference filed by defendants (Docket 31) and finds it somewhat vague.

In February 2001, almost nine months ago, the defendants represented to the Court that they had served interrogatories, requests for production of documents and requests for admissions on plaintiffs. They also stated that they would need time for depositions. When asked about their expectations regarding a <u>trial</u> date, defendants said November 2001.

They have not filed <u>any</u> document with the Court in the months following their February 2001 filing to indicate that they would need more time than originally anticipated. Even so, the Court, in scheduling its order setting a deadline for dispositive motions, pretrial and trial, established a late January 2001 trial date, in




Civil No.   98-2104   (JAG)                                                                 2

recognition of anticipated delays in the discovery process. Defendants' motion does not furnish information on the efforts, if any, they have made either to settle or be ready for trial and pretrial.

Before acting on this motion, the Court wishes to hear from plaintiffs on or before November 8, 2001.

The Court encourages the parties and their respective counsel to meet and confer on settlement alternatives. If settlement is not foreseeable at this time, the parties shall submit a joint statement setting forth a proposed timetable for future disposition of the case. The proposed timetable shall contain Pretrial/Settlement Conference date and Trial date no later than February, 2002.

   IT IS SO ORDERED.

   In San Juan, Puerto Rico, this 30th day of October, 2001.

                                        _____
                                        JAY A. GARCIA-GREGORY
                                        United States District Judge