IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN ACOSTA PEREZ, et al

**Plaintiff(s)**

v.    CIVIL NO. 98-2104 (JAG)

JOSE GUILLERMO RODRIGUEZ, et al

**Defendant(s)**

### ORDER

On November 1, 2001, the Court ordered the parties to submit a joint proposed schedule for the remainder of the case by November 8, 2001. Docket 32. As of today, November 28, 2001, the parties have not complied with the Court's order. Accordingly, the Court orders the parties to show cause, by November 30, 2001, why they should not be sanctioned for failing to comply with the Court's orders. Furthermore, the parties are ordered to comply with the order in Docket No. 32 by November 30, 2001.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of November 2001.

JAY A. GARCIA-GREGORY
United States District Judge

