UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**PRETRIAL CONFERENCE REPORT**

| | |
|---|---|
| BEFORE HONORABLE JAY A. GARCIA-GREGORY | DATE: December 13, 2001<br>DURATION: 45 minutes |
| COURTROOM DEPUTY: | CASE NO: 98-2104 (JAG) |

| | |
|---|---|
| EVELYN ACOSTA PEREZ, ET AL | **Attorneys for Plaintiffs:** |
| **Plaintiff(s)** | Israel Roldán González |
| v. | **Attorneys for Defendants:** |
| JOSE GUILLERMO RODRIGUEZ, ET AL | Marie Cortés Cortés<br>Yvonne Menéndez |
| **Defendant(s)** | Juan Rafael González<br>Vanessa Vicens Sánchez |

The parties indicated to the Court that they would like to abide by the recently submitted joint proposed schedule. They indicated that depositions are ongoing and that they expect to conclude discovery shortly.

The parties shall have until **January 31, 2002** to file dispositive motions. Any oppositions shall be filed by **February 22, 2002**. Any replies shall be due by **March 8, 2002**. The Court shall schedule a further Pretrial and Settlement Conference in April, 2002.

Defendants will propound a supplemental interrogatory to plaintiffs, and plaintiffs shall respond promptly. The parties will work on a protective order to safeguard the confidentiality of public employees' personal information.

Jay A. Garcia-Gregory
United States District Judge