# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

EVELYN ACOSTA PEREZ, ET AL

**Plaintiff(s)**

v.                                    **CIVIL NUMBER:** 98-2104 (JAG)

JOSE GUILLERMO RODRIGUEZ, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/10/02<br>**Title:** Motion for Voluntary Dismissal<br>**Docket(s):** 41<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **GRANTED** both as to the voluntary dismissal and the extension requested. Judgment shall be entered on the request for voluntary dismissal. |

**Date:** January 18, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge



