IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN ACOSTA-PEREZ, et al

    **Plaintiff(s)**

    v.                   CIVIL NO. 98-2104 (JAG)

JOSE GUILLERMO RODRIGUEZ, et al

    **Defendant(s)**

## PARTIAL JUDGMENT

Upon Motion for Voluntary Dismissal filed by plaintiffs Urselio Alvarez Toro, María González Acevedo, Luis López Castañón López (sic), Norma Martínez Denizard and Alida Rosario Vargas, and the motion having been granted by the Court, partial judgment is entered dismissing these plaintiffs' claims with prejudice.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18th day of January 2002.

                                        JAY A. GARCIA-GREGORY
                                        U.S. District Judge


