# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

EVELYN ACOSTA PEREZ, ET AL

**Plaintiff(s)**

v.   **CIVIL NUMBER:** 98-2104 (JAG)

JOSE GUILLERMO RODRIGUEZ, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/23/02<br>**Title:** Joint Motion Requesting Modification Joint Statement for Case Disposition<br>**Docket(s):** 44<br>[ ] Plff(s)   [ ] Dft(s)   [ ] Other | **GRANTED.** |

Date: February 4, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge