UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

*U.S. CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*
*2002 MAR -5 AM 8:16*
*RECEIVED AND FILED*

EVELYN ACOSTA PEREZ, ET AL

**Plaintiff(s)**

v.                                           CIVIL NO.   98-2104 (JAG)

JOSE GUILLERMO RODRIGUEZ, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/25/02<br>**Title:** Joint Request for Extension of Time to File Summary Judgment<br>**Docket(s):** 47<br>[ ] **Plff(s)**   [ ] **Dft(s)**   [ ] Other | **GRANTED.** |

**Date:** March 4, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

