**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

EVELYN ACOSTA PEREZ, ET AL

    **Plaintiff(s)**

        **v.**                                     **CIVIL NO.**   98-2104 (JAG)

JOSE GUILLERMO RODRIGUEZ, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/15/02<br>**Title:** Informative Motion<br>**Docket(s):** 46<br>[ X ] **Plff(s)**    [ ] **Dft(s)**    [ ] **Other** | In light of these three plaintiffs' apparent lack of interest in prosecuting their case, counsel shall make one final effort to contact his clients by March 12, 2002. Should his efforts prove unsuccessful, he shall either request leave to withdraw as their counsel or, alternatively, file a motion for voluntary dismissal by March 15, 2002. |

**Date:** March 4, 2002

                      JAY A. GARCIA-GREGORY
                      U.S. District Judge