IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN ACOSTA PEREZ, ET AL

    **Plaintiff(s)**

    v.                            CIVIL NO. 98-2104 (JAG)

JOSE GUILLERMO RODRIGUEZ, ET AL

    **Defendant(s)**

---

**PARTIAL JUDGMENT**

In accordance with the Order entered today, the Court enters partial judgment dismissing plaintiffs Marilia Rivera-Rodriguez, Carmen Cruz-Sanchez and Alba L. Montalvo-Vargas' claims without prejudice

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5th day of April 2002.

JAY A. GARCIA-GREGORY
United States District Judge

