Case 3:98-cv-02104-JAG   Document 55   Filed 05/09/2002   Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 MAY -9 AM 9: 37

RECEIVED AND FILED

EVELYN ACOSTA PEREZ, ET AL

**Plaintiff(s)**

v.                                                              CIVIL NO.   98-2104 (JAG)

JOSE GUILLERMO RODRIGUEZ, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/22/02<br>**Title:** Request for Final Extension of Time to File Summary Judgment<br>**Docket(s):** 53<br>[ ] **Plff(s)**   [ X ] **Dft(s)**   [ ] Other | **GRANTED.** No further extensions shall be granted. |

Date: May 7, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


