IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN ACOSTA PEREZ, et al.

    **Plaintiffs**

    v.                        CIVIL NO.  98-2104 (JAG)

JOSE GUILLERMO RODRIGUEZ, et
al.

    **Defendants**

---

### ORDER

    Attorney Marie L. Cortés Cortés, who represents various defendants in Case Nos. 98-2104 (JAG), 98-2198 (JAG), and 99-1639 (JAG), has filed identical motions in the three aforementioned cases seeking rescheduling of the Pre-Trial and Trial dates. After reviewing the motions, the Court grants the motion in part denies it in part. The Trial date in <u>Evelyn Acosta v. José Guillermo Rodríguez</u> is hereby rescheduled to begin on **Monday, August 19, 2002 at 9:30 a.m.** All other Pre-Trial and Trial dates shall remain unchanged.

    The Court is aware of the pervasive staffing problems that have plagued the Puerto Rico Department of Justice for quite some time. **The situation must be solved promptly.** The Department of Justice's overburdened attorneys, as well as the Court, are spending an inordinate amount of time dealing with issues that would simply not exist if the Federal Litigation Division was properly staffed. The Court advises the Puerto Rico Attorney General that it will not look favorably on motions like the one filed by attorney Cortés (the Court wishes to make clear, however, that it does not fault attorney Cortés herself for having filed the motion). It is the Department of Justice's responsibility to allocate resources, be they internal or external, to handle the demands of its federal litigation docket.

Failure to do so will result in the imposition of sanctions.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5th day of June, 2002.

_____
JAY A. GARCIA-GREGORY
United States District Judge

2