## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

EVELYN ACOSTA PEREZ, <u>et al.</u>

    **Plaintiffs,**                    CIVIL NO. 98-2104 (JAG)

    **v.**

JOSE GUILLERMO RODRIGUEZ, <u>et</u>
<u>al.</u>

    **Defendants**

---

### JUDGMENT

In accordance with the Opinion and Order issued today, the Court enters judgment dismissing the Complaint's federal claim with prejudice. The Court dismisses the state-based claims without prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21st day of June, 2002.

                              JAY A. GARCIA-GREGORY
                              U.S. District Judge



