IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF PUERTO RICO

| | |
|---|---|
| EVELYN ACOSTA-PEREZ, ET ALS | |
| Plaintiffs | |
| vs. | Civil No.: 98-2104 (JAG) |
| JOSE G. RODRIGUEZ, ET ALS | |
| Defendants | |

**NOTICE OF APPEAL**

**TO THE HONORABLE COURT:**

**COMES NOW** Plaintiff of caption, through the undersigned attorney, and very respectfully State, Allege and Pray:

1.-Notice is given that plaintiff hereby appeals to the United States Court of Appeals for the First Circuit from the Judgment entered on June 21, 2002.

**WHEREFORE**, plaintiffs very respectfully request that this Honorable Court take notice of the above.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY**: That a true and exact copy of this motion has been sent by regular mail to: Marie Cortés, Esq., Federal Litigation Division, PO Box 9020192, San Juan, PR 00902-0192; Juan R. González-Muñoz, González Muñoz Law Office, PSC, P. O. Box 9024055, San Juan, P.R. 00902-4055.

In Aguadilla, Puerto Rico, this 19th day of July, 2002.

ISRAEL ROLDAN-GONZALEZ
USDC-PR No. 115602
44 Progreso Street
Aguadilla, PR 00603
Tel (787) 891-1359

